UTICA,
Aug. 1828.

The People
v.
Judges of
Chautauque.

LA FARGE *vs.* LUCE.

MOTION for retaxation of costs. A bill of costs was taxed against the plaintiff for not proceeding to trial pursuant to notice. On the taxation, an allowance for fees to witnesses was objected to, unless their names were specified in the affidavit of attendance. The commissioner overruled the objection. A motion was now made for retaxation for that cause, and granted by the court.

*In the affidavit of attendance of witnesses, their names must be stated.*